DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WINDELL GUSTAMA,**
Appellant,

v.

**DEPARTMENT OF CHILDERN
AND FAMILIES,**
Appellee.

No. 4D16-3759

[February 15, 2018]

Administrative appeal from the Department of Children and Families, Division of Administrative Hearings, Palm Beach County; L.T. Case No. 15-4453.

Tyler Jameson Cade and Amy Rabinowitz of TJ Cade Law, LLC, Lake Worth, for appellant.

Marjorie S. Desporte, Assistant Regional Legal Counsel, Department of Children & Families, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and CONNER, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***